# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 1, 2021

## NO. 03-21-00299-CV

**Jared Everitt and Joseph Armand Ahouandjinou Imalet, Appellants**

**v.**

**The Ultimate Drive-In, LLC, Appellee**

**APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED ON JOINT MOTION TO DISMISS -- OPINION BY JUSTICE BYRNE**

This is an interlocutory appeal from the order signed by the trial court on June 10, 2021. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal, and remands the case to the trial court for further proceedings in accordance with the parties' settlement agreement. Both parties shall bear all costs relating to this appeal, both in this Court and in the court below.